UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON, | No. 2:23-cv-0995 DB P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA MENS COLONY, | |
| Respondent. | |

Petitioner, a state prisoner, has filed a form document entitled "Petition for Writ of Habeas Corpus." In that document, filed here on May 25, 2023, petitioner recites court rules and quotes from court orders. For several reasons, this action should be dismissed. First, petitioner identifies a March 1976 conviction in case no. 27558 in the San Joaquin County Superior Court as the subject of his petition. (See ECF No. 1 at 2.) However, petitioner does not allege any claims for relief. The court must dismiss a petition "[i]f it plainly appears from the petition ... that the petitioner is not entitled to relief." Rule 4, Rules Governing §2254 Cases.

Second, petitioner has a pending habeas corpus petition in this court - Barton v. Gastelo, 2:23-cv-0134 DJC DMC. In that action, petitioner also challenges his 1976 conviction in case no. 27558 in San Joaquin County. (ECF No. 1 at 2.) While not clear, it seems likely petitioner did not intend to open a new case but sought to file the "petition" in his pending habeas case. Third, even if petitioner did intend to open a new case, the case should be dismissed because it would be

duplicative of petitioner's challenge to the same conviction and/or sentence in the pending case. See Donaldson v. Hatton, No. EDCV 17-2242 RGK(JC), 2018 WL 4492404, at *1 (C.D. Cal. Sept. 17, 2018) (citing Heidinger v. Yates, 2007 WL 1711776 (N.D. Cal. June 13, 2007) and Smith v. Louisiana, 2006 WL 1985467 (E.D. La. June 7, 2006)).

This court will order the Clerk to file the "petition" filed here in petitioner's prior habeas case and will recommend this case be dismissed.

Accordingly, the Clerk of the Court is HEREBY ORDERED to:

1. File the document entitled "Petition for Writ of Habeas Corpus" (ECF No. 1) in case no. 2:23-cv-00134 DJC DMC; and

2. Randomly assign a district judge to this case.

Further, IT IS RECOMMENDED that this case be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 25, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/habeas/R/bart0995.fr

2